# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JERMAINE M. DOBIE,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 3:13cv277-MCR-CJK**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 1, 2015. (ECF No. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). In particular, the Court has considered Petitioner's initial objections (ECF No. 31) and his amended objection (ECF No. 32), which he sought leave to file by motion that the Court herewith grants. The Court has made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (ECF No. 5), challenging the judgment of conviction and sentence in *State of Florida v. Jermaine Marlon Dobie*, Walton County, Florida, Circuit Court Case Number 05-CF-931, is **DENIED**, and the Clerk is directed to close the file.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of November, 2015.

*S/M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**
